United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16410-mdc
Trevor Kistenmacher                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 2              Date Rcvd: Dec 07, 2017
                              Form ID: pdf900            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
db            +Trevor Kistenmacher,    540 E. Vine Street,    Pottstown, PA 19464-6534
13824322      +Borough of Pottstown/Pottstown Borough Authority,    c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,    Norristown, PA 19404-3020
13790325       IC Systems Inc,    PO Box 64378,   Saint Paul, MN 55164-0378
13790326      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13885355      +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13790327      +North Shore Agency,    270 Spagnoli Road, Suite 110,    Melville, NY 11747-3515
13790330      +Portfolior Recovery Associates, LLC,    PO Box 12903,    Norfolk, VA 23541-0903
13790332      +Pottstown Borough Authority,    100 E. High Street,    Pottstown, PA 19464-9525
13790333       Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
13790336       Southwest Credit Systems, LP,    PO Box 650543,    Dallas, TX 75265-0543
13790338       Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
13790340      +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
13875876      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE,     PHFA Loan Servicing Division,
                211 North Front Street,    Harrisburg, PA 17101-1466
13790341      +Velocity Investments, LLC,    1800 Route 34 North, Suite 404A,    Belmar, NJ 07719-9147
13790342      +Verizon,    500 Technology Dr,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 08 2017 01:23:09     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2017 01:22:41
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2017 01:22:56     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2017 01:23:48     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13790324       E-mail/Text: g20956@att.com Dec 08 2017 01:23:14     AT&T Mobility,   PO Box 537104,
                Atlanta, GA 30353-7104
13853588      +E-mail/Text: g20956@att.com Dec 08 2017 01:23:14     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ 07921-2693
13837375       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 08 2017 01:23:49
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13849038       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2017 01:23:50
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13790328      +E-mail/Text: blegal@phfa.org Dec 08 2017 01:22:48     Pennsylvania Housing Finance Agency,
                211 N Front Street,    Harrisburg, PA 17101-1406
13826973       E-mail/Text: bnc-quantum@quantum3group.com Dec 08 2017 01:22:30
                Quantum3 Group LLC as agent for,    Velocity Investments LLC,   PO Box 788,
                Kirkland, WA  98083-0788
13790334       E-mail/Text: colleen.atkinson@rmscollect.com Dec 08 2017 01:23:20
                Receivables Management Systems,    PO Box 8630,   Richmond, VA 23226-0630
13790335       E-mail/Text: Supportservices@receivablesperformance.com Dec 08 2017 01:23:18
                Receivables Performance Management LLC,    PO Box 1548,   Lynnwood, WA 98046-1548
13790895       E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2017 01:23:41
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13790337       E-mail/Text: appebnmailbox@sprint.com Dec 08 2017 01:22:46     Sprint,   PO Box 4191,
                Carol Stream, IL 60197-4191
13790339      +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2017 01:23:30     Syncb/walmart,   Po Box 965024,
                Orlando, FL 32896-5024
13857093      +E-mail/Text: bncmail@w-legal.com Dec 08 2017 01:22:50     TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Borough of Pottstown/Pottstown Borough Authority,    c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,    Norristown, PA 19404-3020
13790329     ##+Portfolio Recovery Ass,    287 Independence,   Virginia Beach, VA 23462-2962
13790331     ##+Portnoff Law Associates LTD,    1000 Sandy Street, Suite 150,   Norristown, PA 19401-4162
                                                                                              TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Dec 07, 2017
                              Form ID: pdf900              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:

```
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JOSEPH L QUINN    on behalf of Debtor Trevor   Kistenmacher CourtNotices@sjr-law.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TREVOR KISTENMACHER                    Chapter 13

                    Debtor          Bankruptcy No. 16-16410-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___7th___ day of ___December___, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Debtor:
TREVOR KISTENMACHER

540 E. VINE STREET

POTTSTOWN, PA 19464